UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No.**03-0248** (CKK) |
| **SEAN BELL** | |
| Defendant. | |

**FILED**

**JAN 1 1 2010**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This Court has received a Report and Recommendation dated December 28, 2009, for the

above-captioned case from Magistrate Judge John M. Facciola.  No objections to the Magistrate

Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _11th_ day of January, 2010,

**ORDERED** that the Report and Recommendation filed on December 28, 2009, in the

above-captioned case is ADOPTED, by which Defendant's supervised release has been extended

and no action taken pending a supplemental Report and Recommendation to be filed by

Magistrate Judge John Facciola in March 2010.

COLLEEN KOLLAR-KOTELLY
United States District Judge