UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN BELL,<br><br>Defendant. | Crim. Action No. 03-248 (CKK) |

### ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated March 17, 2010, from Magistrate Judge John Facciola. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 30th day of March, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED, and Defendant Sean Bell's supervision shall be permitted to expire without further action.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Mary Petras, AFPD
Angela George, AUSA
Magistrate Judge John Facciola
Stacy Funches, U.S. Probation Officer
Pretrial Services

